**Orrandy GOODWYN, Petitioner–Appellant,**

v.

**UNITED STATES of America; D. Scott Dodrill, Warden, Low Security Correctional Institution–Butner, Respondents–Appellees.**

No. 02–6639.

United States Court of Appeals, Fourth Circuit.

Submitted July 19, 2002.

Decided Aug. 23, 2002.

Orrandy Goodwyn, Appellant Pro Se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM:

Orrandy Goodwyn seeks to appeal the district court's order dismissing his motion filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Goodwyn v. United States,* No. CA–02–63–5–HO (E.D.N.C. Mar. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*